No. 12–7934. McBroom v. Safford et al. Ct. App. Ohio, Franklin County. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

No. 12–7990. Williams v. United States. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12A568 (12–42). Germalic v. New York State Board of Elections Commissioners, *ante*, p. 884. Application for leave to file petition for rehearing in excess of word limits, addressed to Justice Alito and referred to the Court, denied.

No. 12A578. Jiau v. United States. Application for bail, addressed to Justice Sotomayor and referred to the Court, denied.

No. 12A585. Pavlock v. United States. C. A. 4th Cir. Application for stay, addressed to Justice Sotomayor and referred to the Court, denied.

No. 12A600. Hedges et al. v. Obama, President of the United States, et al. Application to vacate stay, addressed to Justice Scalia and referred to the Court, denied.

No. 12A606. Noonan et al. v. Bowen, Secretary of State of California. Sup. Ct. Cal. Application for stay, addressed to The Chief Justice and referred to the Court, denied.

No. 12A712. Kwasnik v. Federal National Mortgage Association. Sup. Jud. Ct. Me. Application for stay, addressed to The Chief Justice and referred to the Court, denied.

No. D–2648. In re Disbarment of Goldblatt. Disbarment entered. [For earlier order herein, see 566 U. S. 933.]

No. D–2692. In re Roth. Clifford R. Roth, of Otisville, N. Y., having requested to resign as a member of the Bar of this Court,

it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on October 9, 2012 [*ante*, p. 938], is discharged.

No. D–2698. IN RE DISBARMENT OF OSMOND. Disbarment entered. [For earlier order herein, see *ante*, p. 1023.]

No. D–2699. IN RE DISBARMENT OF TEITELBAUM. Disbarment entered. [For earlier order herein, see *ante*, p. 1023.]

No. D–2705. IN RE DISCIPLINE OF ERICKSON. Theresa Marie Erickson, of Poway, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2706. IN RE DISCIPLINE OF ALLEN. Paul Shearman Allen, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2707. IN RE DISCIPLINE OF WEIGEL. Joseph W. Weigel, of Milwaukee, Wis., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 12M80. SANTAMARIA *v.* KNOWLIN, WARDEN;

No. 12M81. HARDIN *v.* MONROE COUNTY, FLORIDA, ET AL.;

No. 12M82. CHEVALIER *v.* NEW YORK ET AL.;

No. 12M83. GLENN *v.* KANE ET AL.;

No. 12M84. LAROCHE *v.* FISHER ET AL.;

No. 12M85. FRENGLER *v.* GENERAL MOTORS ET AL.;

No. 12M86. LEPESKA *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL.;

No. 12M87. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NUMBER 164, AFL–CIO *v.* U. S. INFORMATION SYSTEMS, INC.;

No. 12M89. MAYARD *v.* SIEGFRIED;

No. 12M90. FRANKLIN, ADMINISTRATRIX OF THE ESTATE OF FRANKLIN *v.* GARDEN STATE LIFE INSURANCE ET AL.; and

No. 12M91. BIERI *v.* CORDONNIER, JUDGE, CIRCUIT COURT OF MISSOURI, GREENE COUNTY. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.